**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  **v.**                                    **Case No. 05-CR-289**

**JUAN CURIEL**
        **Defendant.**

## ORDER

**IT IS ORDERED** that an amended revocation judgment issue correcting defendant's USM Number: 09061-091. See Fed. R. Crim. P. 36.

Dated at Milwaukee, Wisconsin this 24th day of September, 2014.

                                      /s Lynn Adelman
                                      District Judge